## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 21-531-LPS |
| ICON HEALTH & FITNESS, INC., | ) ) ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT ICON HEALTH & FITNESS, INC.'S UNOPPOSED MOTION FOR MANDATORY STAY PURSUANT TO 28 U.S.C. § 1659(a)

Having considered Defendant ICON Health & Fitness, Inc.'s Unopposed Motion for

Mandatory Stay Pursuant to 28 U.S.C. § 1659(a) (the "Motion"),

**IT IS HEREBY ORDERED** this 28th day of _____May_____, 2021 that the Motion is

**GRANTED** and **ORDERED** that this case is stayed pursuant to 28 U.S.C. § 1659(a) as to all

claims until the determination of the Commission becomes final.

_____
United States District Judge